1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10

11   REGINALD K. CHAN, an individual,           )   **Case No. C09-03058 SC**
                                                )
12              Plaintiff,                      )   **ORDER RE CASE STATUS UPDATE
                                                )   AND STIPULATION TO EXTEND
13        vs.                                   )   CONOCOPHILLIPS COMPANY'S
                                                )   TIME TO RESPOND TO THE
14   CONOCOPHILLIPS COMPANY, a Texas            )   COMPLAINT AND CONTINUE THE
     corporation and DOES 1 through 10,         )   CASE MANAGEMENT CONFERENCE**
15   Inclusive,                                 )
                                                )
16              Defendant.                      )
                                                )
17

18          FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's

19   ("COP") time to respond to the complaint be extended to December 21, 2009.  Should Judge

20   Whyte not rule on COP's "Administrative Motion to Consider Whether Cases Should Be

21   Related" within 90 days, COP will report further to the Court so that it may revisit whether a

22   further extension would be appropriate.  The Initial Case Management Conference is continued

23   until January 22, 2010.

24          For avoidance of doubt, nothing herein shall prevent Plaintiffs' ability to seek a

25   temporary restraining order or preliminary injunction before COP has responded to the

26   complaint, or file motions to remand to state court.

27   Dated: September 15, 2009                      _____
                                                    District Court Judge
28                                                  [IT IS SO ORDERED — Judge Samuel Conti]

---

- 1 -

ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT